# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JOY STAN,** *also known as* **JOY ONYEDEBELU,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 4:22-cv-907-ALM-KPJ |
| **WILMINGTON SAVINGS FUND SOCIETY, FSB,** *et al.*, | § § § § | |
| **Defendants.** | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 21, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #5) that Plaintiff's Emergency Complaint (Dkt. #1) and Emergency Motion (Dkt. #4) be denied to the extent Plaintiff requests a temporary restraining order and/or injunction.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motions (Dkts. #1, #4) are **DENIED** to the extent Plaintiff is requesting a temporary restraining order and/or injunction.

IT IS SO ORDERED.
SIGNED this 17th day of November, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE