IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **JOY STAN**, *also known as* **JOY ONYEDEBELU**, § § § | |
| **Plaintiff,** § | |
| § | **Civil Action No. 4:22-cv-907-ALM-KPJ** |
| v. § § | |
| **WILMINGTON SAVINGS FUND SOCIETY, FSB,** *et al.*, § § § | |
| **Defendants.** § | |

### ORDER AND REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This matter was referred to the undersigned pursuant to 28 U.S.C. § 636. *See* Dkt. 2. As set forth below, the Court finds Plaintiff Cerruti Joy Stan's, also known as Joy Onyedebelu, ("Plaintiff") claims against Defendants Wilmington Savings Fund Society, FSB, FCI Lender Services, Inc., and Residential Credit Opportunities Trust ("Defendants") should be **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

On October 20, 2022, Plaintiff filed the "Emergency Complaint and Request for Expedited Injunction" (the "Emergency Complaint") (Dkt. 1). On October 21, 2022, Plaintiff filed the "Motion for an Emergency Ex Parte Temporary Restraining Order and/or Preliminary Injunction" (the "Emergency Motion") (Dkt. 4). On October 21, 2022, the Court entered its Report and Recommendation (the "Report") (Dkt. 5), recommending Plaintiff's Emergency Complaint (Dkt. 1) and Emergency Motion (Dkt. 4) be denied to the extent Plaintiff requests a temporary restraining order and/or injunction. *See* Dkt. 5 at 6. The Court further ordered that, to the extent Plaintiff requested, Plaintiff's request for expedited consideration of the Emergency Complaint (Dkt. 1) be denied. *See* Dkt. 5 at 6. On November 17, 2022, the Memorandum Adopting the Report and

Recommendation (the "Memorandum Adopting") was entered denying Plaintiff's request for a temporary restraining order and or injunction. *See* Dkt. 7.

On November 18, 2022, the Court ordered Plaintiff Joy Stan ("Plaintiff") file a status report regarding the status of this matter no later than fourteen (14) days upon receipt of the November 18, 2022 Order. *See* Dkt. 8. The Clerk's office sent the November 18, 2022 Order (Dkt. 8) to Plaintiff, who is proceeding *pro se*, via certified mail return receipt requested. As it was unclear whether Plaintiff had received the November 18, 2022 Order (Dkt. 8), the Court ordered on January 6, 2023, that the November 18, 2022 Order (Dkt. 8) be served upon Plaintiff by email at stanco@beststarhh.com.[1] On January 23, 2023, the Court ordered Plaintiff file a status report regarding the status of this case on or before fourteen (14) days of receipt of the January 23, 2023 Order. *See* Dkt. 10. The Court further advised Plaintiff that failure to file a status report or otherwise act will result in the Court recommending this matter be dismissed without prejudice. *See id.* To date, Plaintiff has not taken any action or contacted the Clerk's office regarding this matter.

It is, therefore, recommended that Plaintiff's claims against Defendant be **DISMISSED WITHOUT PREJUDICE** for want of prosecution. *See* FED. R. CIV. P. 41(b).

Within fourteen (14) days after service of the magistrate judge's report, any party must serve and file specific written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

A party is entitled to a de novo review by the district court of the findings and conclusions contained in this report only if specific objections are made, and failure to timely file written objections to any proposed findings, conclusions, and recommendations contained in this report

---

[1] In the Emergency Complaint (Dkt. 1), Plaintiff provides her email address as stanco@beststarhh.com. *See id.* at 1.

shall bar an aggrieved party from appellate review of those factual findings and legal conclusions accepted by the district court, except on grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *Id.*; *Thomas v. Arn*, 474 U.S. 140 (1985); *see also Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 29 U.S.C. § 636(b)(1) (extending the time to file objections from ten (10) to fourteen (14) days).

**IT IS ORDERED** that the Clerk of Court is directed to send a copy of this Report and Recommendation to Plaintiff by certified mail return receipt requested and to Plaintiff's email address, stanco@beststarhh.com.

**So ORDERED and SIGNED this 10th day of February, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE