# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **JOY STAN,** *also known as* **JOY ONYEDEBELU,**<br><br>    Plaintiff,<br><br>v.<br><br>**WILMINGTON SAVINGS FUND SOCIETY, FSB,** *et al.***,**<br><br>    Defendants. | §§§§§§§§§§§   Civil Action No. 4:22-cv-907-ALM-KPJ |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 10, 2023, the Magistrate Judge entered a Report and Recommendation (Dkt. #11) that Plaintiff Joy Stan's, also known as Joy Onyedebelu, claims against Defendants Wilmington Savings Fund Society, FSB, FCI Lender Services, Inc., and Residential Credit Opportunities Trust be dismissed without prejudice for want of prosecution. To date, Plaintiff has not filed an objection, and several orders (Dkts. #8, #9, #11, #13) have been returned to the Clerk's office, marked "RETURNED TO SENDER – UNCLAIMED – UNABLE TO FORWARD" or "UNCLAIMED".

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in this action against Defendants are **DISMISSED WITHOUT PREJUDICE**.  All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send a copy of this Memorandum Adopting Report and Recommendation of United States Magistrate Judge to Plaintiff by certified mail return receipt requested and to Plaintiff's email address, stanco@beststarhh.com.

**SIGNED this 22nd day of May, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE